UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Theodore Wagner, ) | C/A No.: 3:05-cv-1100-GRA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | (Written Opinion) |
| v. ) | |
| ) | |
| William Crews, in his official and ) | |
| individual capacities; His Partner, name ) | |
| unknown at this time; S.A. Cynthia ) | |
| McCants; Michael Anderson; NFN ) | |
| Magwood; William Shepards; Paul ) | |
| Tittle; Michael Ringley; Paul ) | |
| McManigal; NFN Howard; NFN ) | |
| Turner; NFN Melerine; and Larry Rice ) | |
| in their individual and ) | |
| official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Plaintiff's Motion to Reconsider this Court's Order filed March 1, 2007 which adopted the magistrate's Report and Recommendation and dismissed Defendant McCants from the lawsuit for Plaintiff's failure to state a claim against her. The Order also granted summary judgment as to the remaining defendants.

Plaintiff is proceeding *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow

1

for the development of a potentially meritorious claim. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

Plaintiff's Motion for Reconsideration asks the Court to revisit its analysis of plaintiff's complaint. After a review of the record, this Court finds that its prior decision was and is correct as a matter of law. Consequently, this Court must deny plaintiff's motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Reconsideration be DENIED.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

February 7, 2008

### NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.